IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAN A. SHELTON, JR.  PLAINTIFF
ADC # 176091

VS.  4:22-CV-01144-BRW-JTK

ANTHONY SIFUENTES  DEFENDANT

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of January, 2023.

---
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE